No. 89–6211.  KURBEGOVICH *v.* VASQUEZ.  C. A. 9th Cir. Certiorari denied.

No. 89–6212.  LEPISCOPO *v.* HOPWOOD ET AL.  C. A. 10th Cir. Certiorari denied.

No. 89–6216.  NORTHCOTT *v.* LOVE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–6218.  SANDERS *v.* OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 89–6221.  RANDOLPH *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–6222.  GIBBONS, NKA RACZKOWSKI *v.* L. W. BLAKE MEMORIAL HOSPITAL ET AL.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 89–6227.  SEITU ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 89–6231.  GREEN *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 89–6232.  HOWELL *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., Los Angeles County.  Certiorari denied.

No. 89–6240.  McGHEE *v.* CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6246.  TASBY, AKA AMEN-RA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–6247.  WOOL *v.* FEFEL ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 89–6248.  BYNUM *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6251.  GIBSON *v.* COHN, SUPERINTENDENT, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.